UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Civil No. 09-1248 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Mark S. Shaw, Julie K. Shaw, Innovative Stucco, Inc., North American State Bank, | |
| Defendants. | |

_____

This matter is before the undersigned on the December 14, 2009 Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. Daniel A. Applegate, Esq., is representing the Government. None of the Defendants has appeared in connection with the Report and Recommendation and no objections were filed in the time period permitted. Based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS ORDERED:**

1. The Report and Recommendation (Doc. No. 25) is **ADOPTED**;

2. The Government's Motion to Strike the jury demand (Doc. No. 12) is **GRANTED.**

Dated: January 11, 2010

   s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge