# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 09-1248 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| vs. | |
| Mark S. Shaw, Julie K. Shaw, Innovative Stucco, Inc., North American State Bank, | |
| Defendants. | |

In accordance with the parties' Stipulation to Dismiss Defendants Innovative Stucco, Inc. and North American State Bank (Doc. No. 58), **IT IS ORDERED** that Defendants Innovative Stucco, Inc. and North American State Bank are **DISMISSED WITH PREJUDICE,** and the parties are to bear their respective costs, including any attorneys' fees or other expenses of this litigation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 31, 2011

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge